UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EUGENE PURNELL, | No. 2:25-cv-02922-DJC-SCR |
| Plaintiff, | |
| v. | |
| HP HOOD LLC, | |
| Defendant. | |
| _____ | |
| REGINALD EUGENE PURNELL, | No. 2:25-cv-03624-TLN-CSK |
| Plaintiff, | |
| v. | RELATED CASE ORDER |
| HP HOOD LLC, | |
| Defendant. | |

Defendant has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim." Local Rule 123(a)(1). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort

1

and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:25-cv-03624 is reassigned from Chief District Judge Troy L. Nunley and Magistrate Judge Chi Soo Kim to the undersigned and Magistrate Judge Sean C. Riordan.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:25-cv-03624-DJC-SCR.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **February 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC7 – Purnell25-cv-02922.related_cases

2